risdictional." *Jones v. Dep't of Health & Human Servs.*, 834 F.3d 1361, 1364 n.2 (Fed. Cir. 2016). Therefore, I respectfully concur *dubitante.*

**JUDGMENT**

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**POLO GEAR INTELLECTUAL PROPERTIES, INC., Pologear LLC, Appellants**

v.

**PRL USA HOLDINGS, INC., Appellee**

2016-2478
2016-2568

United States Court of Appeals, Federal Circuit.

July 17, 2017

ROBERT ALLEN ROWAN, Nixon & Vanderhye P.C., Arlington, VA, argued for appellants. Also represented by SHERYL DE LUCA.

DANIEL I. SCHLOSS, Greenberg Traurig LLP, New York, NY, argued for appellee.

(Lourie, Moore, and Hughes, Circuit Judges).

**NUEVOLUTION A/S, Peter Birk Rasmussen, Plaintiffs-Appellants**

v.

**Henrik PEDERSEN, Chemgene Holding APS, Defendants-Appellees**

2015-1284
2015-1285

United States Court of Appeals, Federal Circuit.

July 19, 2017

JONATHAN FREIMAN, Wiggin and Dana LLP, New Haven, CT, argued for plaintiff-appellant Nuevolution A/S. Also represented by DAVID R. ROTH; JAMES BICKS, Stamford, CT.

RICHARD L. BEIZER, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant Peter Birk Rasmussen. Also represented by TIFFANY WYNN.